STATE OF NEW JERSEY v. GERALD KENNEDY.

June 28, 1983.

Petition for certification granted.

NICHOLAS J. PERILLO v. GERARD CARBONE.

June 28, 1983.

Petition for certification denied.

THE HOWARD SAVINGS BANK v. CLARENCE V. SAUNDERS.

June 28, 1983.

Petition for certification denied.

VINCENT J. McMANN, JR. v. MARCELLA J. McMANN.

June 28, 1983.

Petition for certification denied.